
Brooks L. Iler, S.B.# 99020
Virgil A. Iler, S.B. # 158460
ILER & ILER, LLP
16516 Bernardo Center Drive, Suite 300
San Diego, CA 92128
Tel (858) 592-6212
Fax (858) 592-6213

Attorneys for Plaintiff, LOUANN E. KOCSIS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUANN E. KOCSIS,** <br><br> Plaintiff, <br><br> vs. <br><br> **UNUM LIFE INSURANCE COMPANY of AMERICA,** <br><br> Defendant. | CASE NO. '15CV1384 BAS JMA <br><br> **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** <br><br> 29 U.S. Code Section 1132(a)(1)(B) |

Plaintiff LOUANN E. KOCSIS alleges as follows:

1. At all times relevant herein, Plaintiff, LOUANN E. KOCSIS, was an individual residing in San Diego County, California.

2. On or about December 6, 2004, plaintiff became employed by Northrop Grumman Corporation, as an executive administrative assistant.

3. Northrop Grumman Corporation sponsored a group disability plan (the Plan), which was administered and underwritten by defendant UNUM LIFE


INSURANCE COMPANY of AMERICA (UNUM).

4. The employer-sponsored group disability plan and the claim at issue in this action are governed by the ***Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.***

5. On or about June 18, 2012, plaintiff became disabled within the definition of the disability benefit plan, and soon thereafter, and in a timely fashion, she made a claim for benefits under said plan.

6. UNUM initially paid disability benefits but later denied on-going benefits effective November 5, 2013. Plaintiff remains disabled as defined by the plan to this date, and continues to be eligible for disability benefits under the plan.

7. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied in a letter dated August 11, 2014, thereby exhausting the Plan's administrative appeal process.

**WHEREFORE**, plaintiff prays judgment from the Court as follows:

1. Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of her life insurance premiums under the Plan;

2. For past-due benefits in the amount of approximately $3,678 per month through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on past due benefits;

4. For reasonable attorney's fees;

5. For costs of suit herein;

6. For such other relief as the court deems proper.

1
2
3
4  Dated: 06/25/15                    ILER & ILER, LLP
5
6                                     By:   *s/ Brooks L. Iler*
7                                           Brooks L. Iler
                                            Attorneys for Plaintiff,
8                                           LOUANN E. KOCSIS
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28