1  Brooks L. Iler, SBN 99020
   Virgil A. Iler, SBN 158460
2  ILER & ILER, LLP
   16516 Bernardo Center Drive, Suite 300
   San Diego, CA 92128
3  Tel (858) 592-6212
   Fax (858) 592-6213

4  Attorneys for Plaintiff, LOUANN E. KOCSIS

5

6  Robert E. Hess, Esq., SBN 178042
   HINSHAW & CULBERTSON, LLP
   19800 MacArthur Blvd., Suite 800
7  Irvine, CA 92612-2427
   Tel (949)757-2800
8  Fax (949)752-6313

9  Attorneys for Defendant,
   UNUM LIFE INSURANCE
10 COMPANY OF AMERICA

11 **UNITED STATES DISTRICT COURT FOR THE**

12 **SOUTHERN DISTRICT OF CALIFORNIA**

13

| LOUANN E. KOCSIS, | Case No. 3:15-cv-01384-BAS-JMA |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS THE ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | **Hon. Cynthia Bashant** |
| Defendant. | **Action Filed: 06/24/2015** |

1  WHEREAS, Plaintiff LOUANN E. KOCSIS ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM") constitute all parties who have been served and who have appeared in this action;

IT IS HEREBY STIPULATED, by and between Plaintiff and UNUM, by and through their respective counsel of record, that this action shall be dismissed with prejudice as to Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

IT IS HEREBY STIPULATED.

Dated: 3-16-16                **ILER & ILER, LLP**

By:    /s/ Brooks L. Iler

Brooks L. Iler
Attorney for Plaintiff,
LOUANN E. KOCSIS
E-Mail:  brooks@ilerlaw.com

Dated: 3-16-16                **HINSHAW & CULBERTSON, LLP**

By:    /s/ Robert E. Hess

Robert E. Hess
Attorneys for Defendant,
UNUM LIFE INSURANCE
COMPANY OF AMERICA
Email: rhess@mail.hinshawlaw.com

## SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Robert E. Hess, counsel for Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, and that I have obtained Mr. Hess' authorization to affix his electronic signature to this document.

By: /s/ Brooks L. Iler
Brooks L. Iler