# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUANN E. KOCSIS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA;<br><br>　　　　　　　　　　Defendant. | Case No. 15-cv-1384-BAS-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Pending before the Court is the parties' joint stipulation and motion to dismiss with prejudice the above-entitled action. (ECF No. 22.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action in its entirety. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: March 18, 2016

Hon. Cynthia Bashant
United States District Judge